No. 96–283. DEE v. RENO, ATTORNEY GENERAL, ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–285. TAYLOR v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 96–293. JEONG KYO LIM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–304. DENBICARE U. S. A., INC., ET AL. v. TOYS "R" US, INC. C. A. 9th Cir. Certiorari denied.

No. 96–310. CASTANEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–327. SMITH v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 96–5001. REED v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–5002. SESSOMS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–5003. RICE v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 96–5004. OAKS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–5005. RUFF v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5006. STANLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5007. SLATER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5008. DOYLE v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 96–5009. REYES v. STANDARD MORTGAGE CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.